**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| David Campbell, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:23-CV-3521 |
| | : | |
| v. | : | Judge: Edmund A. Sargus |
| | : | Magistrate Judge: Kimberly A. Jolson |
| BrandSafway Services, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT FIRSTENERGY CORP'S RULE 26(a) INITIAL DISCLOSURES**

Now comes Defendant FirstEnergy Corp., by and through counsel, and pursuant to Federal Rule of Civil Procedure 26(a), makes the following initial disclosures to Plaintiff, such disclosures being based upon information presently known and reasonably available to FirstEnergy Corp. FirstEnergy Corp. reserves the right to supplement this disclosure as discovery progresses.

**I.      Individuals Likely to Have Discoverable Information.**

A. Plaintiff David Campbell;

B. Plaintiff Ruth Campbell;

C. Representative of Brandsafway Services;

D. Representative of Brandsafway Services LLC;

E. Representative of Enerfab Power & Industrial Inc.;

F. Representative of Energy Harbor, LLC;

G. Witnesses to the subject accident;

H. Plaintiff's medical care providers and their billing personnel; and

I. Any witnesses identified by any other party.

FirstEnergy Corp. reserves the right to supplement this disclosure as discovery progresses.

**II.     Documents Defendant May Use to Support its Defenses.**

   A. Any incident reports;

   B. Plaintiff's medical records and billing statements;

   C. Documents from Energy Harbor, LLC confirming that Energy Harbor, LLC, not FirstEnergy Corp., owned the property where Plaintiff's accident occurred when the accident occurred; and

   D. Any documents or evidence produced by any other party during discovery.

FirstEnergy Corp. reserves the right to supplement this disclosure as discovery progresses.

**III.    Computation of Damages Claims along with Documentation.**

Not applicable.

**IV.     Insurance Agreements.**

 FirstEnergy Corp. is self-insured.


   *John T. Dellick*  
   JOHN T. DELLICK, ESQ. (#0016271)  
   HARRINGTON, HOPPE & MITCHELL, LTD.  
   2235 E. Pershing Street, Suite A.  
   Salem, OH 44460  
   Telephone:    (330) 744-1111  
   Facsimile:     (330) 337-6662  
   Email: jdellick@hhmlaw.com  
   *Attorney for FirstEnergy Corp.*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing *Defendant FirstEnergy Corp.'s Rule 26(a) Initial Disclosures* has been served via the Court's electronic filing system this 3rd day of January, 2023 upon:

Kevin L. Lenson, Esq.
John P. O'Neil, Esq.
Elk & Elk Co., Ltd.
Landerhaven Corporate Center
6105 Parkland Blvd., Suite 200
Mayfield Heights, OH 44124
*Counsel for Plaintiffs*
klenson@elkandelk.com
joneil@elkandelk.com

Daniel J. Hurley, Esq.
Plunkett Cooney
716 Mt Airyshire, Suite 150
Columbus, OH 43235
*Counsel for Defendants BrandSafway Services and BrandSafway Services, LLC*
Dhurley@plunkettcooney.com

Matthew J. Stanczyk, Esq.
Plunkett Cooney
150 West Jefferson, 8th Floor
Detroit, MI 48226
Mstanczyk@plunkettcooney.com

David J. Fagnilli, Esq.
Marshall Dennehey P.C.
127 Public Square
Cleveland, OH 44114
Djfagnilli@mdwcg.com
*Counsel for Energyfab Power & Industrial, Inc.*

                                            *John T. Dellick*
                                            JOHN T. DELLICK, ESQ. (#0016271)
                                            Harrington, Hoppe & Mitchell, Ltd.

4857-4185-8714, v. 3