## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DAVID CAMPBELL,** *et al.***,**

      **Plaintiffs,**

                                      **Case No 2:23-cv-3521**

     **v.**                           **JUDGE EDMUND A. SARGUS, JR.**

                                        **Magistrate Judge Kimberly A. Jolson**

**BRANDSAFWAY SERVICES,** *et al.***,**

      **Defendants.**

### <u>ORDER</u>

This matter is before the Court on the Plaintiffs' and Defendant FirstEnergy Corp.'s Joint Motion for Voluntary Dismissal of FirstEnergy Corp. (ECF No. 31.) FirstEnergy Corp. represented that it had no role in the facts underlying this action, and that the facts relate to the actions of an unaffiliated company. Accordingly, Plaintiffs and Defendant FirstEnergy Corp. jointly move the Court to dismiss FirstEnergy Corp. from this action pursuant to Federal Rule of Civil Procedure 21.

The Court hereby **GRANTS** the joint motion. (ECF No. 31.) The Clerk is **DIRECTED** to terminate FirstEnergy Corp. from this case.

This case remains open.

**IT IS SO ORDERED.**

**4/3/2024**                         **s/Edmund A. Sargus, Jr.**
**DATE**                             **EDMUND A. SARGUS, JR.**
                                   **UNITED STATES DISTRICT JUDGE**