IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CAMPBELL, et al., | ) | CASE NO. 2:23-cv-03521 |
| | ) | |
| Plaintiffs, | ) | JUDGE EDMUND A. SARGUS |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | **NOTICE OF SERVICE** |
| BRANDSAFWAY SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES Defendant Enerfab Power & Industrial, Inc., by and through counsel, and states that the Defendant's Response to Plaintiffs' Request for Production of Documents to Defendant Enerfab Power & Industrial, Inc. were electronically served upon all counsel of record on May 9, 2024.

Respectfully submitted,

MARSHALL DENNEHEY P.C.

By: _David J. Fagnilli_
DAVID J. FAGNILLI (0032930)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone:  (216) 912-3792
Fax:  (216) 344-9006
Email: djfagnilli@mdwcg.com
*Counsel for Defendant, Enerfab Power &*
*Industrial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

MARSHALL DENNEHEY P.C.

By: _____

DAVID J. FAGNILLI (0032930)
*Counsel for Defendant, Enerfab Power &*
*Industrial, Inc.*